UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANNE DELORES ODOM,

    Plaintiff,

v.                                          Case No. 3:22cv19453-MCR-HTC

UNITED STATES OF AMERICA,

    Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 23, 2022 (ECF No. 11).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 11) is adopted and incorporated by reference in this Order.

2.    Defendant United States' Motion to Dismiss (ECF No. 7) is GRANTED and this case is DISMISSED WITHOUT PREJUDICE.

3.   The clerk shall close the file.

**DONE AND ORDERED** this 5th day of April 2023.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**